IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| BRANDON YANIZ and AMANDA YANIZ, )<br>)<br>Defendants. )<br>)<br>v. )<br>)<br>CITY OF ELGIN, CITY OF ELGIN )<br>POLICE DEPARTMENT, CITY OF ELGIN )<br>POLICE OFFICERS SHAWN SPROLES (#407) )<br>RAUL LARA (#414), TODD RAMLJAK (#305), )<br>and AS-YET UNKNOWN ELGIN POLICE )<br>OFFICERS, )<br>Defendants. ) | Case No. 18 CV 7076<br><br>Judge Ruben Castillo |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), as to following individual named defendants: SHAWN SPROLES, RAUL LARA, TODD RAMLJAK, and AS-YET UNKWOWN ELGIN POLICE OFFICERS.

Brandon Yaniz and Amanda Yaniz

By: _____
Jeffrey A. Meyer, their attorney
Klein, Stoddard, Buck & Lewis, LLC
2045 Aberdeen Ct., Ste. A
Sycamore, IL 60178
815-748-0380

Dated: 10-11-2019

Shawn Sproles, Raul Lara, and Todd Ramljak

By: _____
James L. DeAno, their attorney
DeAno & Scarry, LLC
53 West Jackson Blvd., Ste. 1610
Chicago, IL 60604
630-690-2800

Dated: 10-11-2019