IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRANDON YANIZ and<br>AMANDA YANIZ,<br><br>    Defendants.<br><br>    v.<br><br>CITY OF ELGIN, CITY OF ELGIN<br>POLICE DEPARTMENT, CITY OF ELGIN<br>POLICE OFFICERS SHAWN SPROLES (#407)<br>RAUL LARA (#414), TODD RAMLJAK (#305),<br>and AS-YET UNKNOWN ELGIN POLICE<br>OFFICERS,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18 CV 7076<br>)<br>) Judge Steven Seeger<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), as to following individual named defendants: CITY OF ELGIN, CITY OF ELGIN POLICE DEPARTMENT.

Brandon Yaniz and Amanda Yaniz

By: _____
  Jeffrey A. Meyer, their attorney
  Klein, Stoddard, Buck & Lewis, LLC
  2045 Aberdeen Ct., Ste. A
  Sycamore, IL 60178
  815-748-0380

Dated: 2-4-2020

City of Elgin and City of Elgin Police Department

By: _____
  James L. DeAno, their attorney
  DeAno & Scarry, LLC
  53 West Jackson Blvd., Ste. 1610
  Chicago, IL 60604
  630-690-2800

Dated: 2-5-2020